IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BAHEEJAH FAREED | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-cv-03251-N |
| | § | ECF |
| CITY OF CARROLLTON AND | § | |
| CITY OF IRVING, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO PARTIALLY DISMISS

The Court, having considered Plaintiff Baheejah Fareed's and Defendant City of Irving's Joint Motion to Partially Dismiss, finds that the motion should be granted. It is therefore:

**ORDERED** that the Joint Motion to Partially Dismiss is **GRANTED** and that Fareed's claims against the City of Irving are hereby dismissed with prejudice pursuant to a mediated settlement agreement with all costs, expenses, and attorney fees assessed against the party incurring same.

Signed December 3, 2025.

_____
David C. Godbey
Senior United States District Judge

Order – Solo Page